In the Matter of the Application of James A. Tillman, Respondent, for a Substitution of Attorney in the Place of Borris M. Komar, Appellant. In Re Second Russian Insurance Company. James A. Tillman, Claimant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of James A. Tillman, Respondent, for a Substitution of Attorney in the Place of Borris M. Komar, Appellant. In Re First Russian Insurance Company. James A. Tillman, Claimant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Harry B. Lilienthal, Respondent, v. Eighth Avenue and Twenty-third Street Corporation and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Samuel Krohnberg and Louis Krohnberg, Respondents, v. Thomas Holding Company and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The Philadelphia and Reading Coal and Iron Company, Respondent, v. Newtown Creek Coal & Coke Co., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Hazel Segur, Respondent, v. Roy F. Segur, Appellant.— Order modified by reducing counsel fee to the sum of $250 and the amount of alimony to the sum of $50 per week, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Ida C. Butterworth v. Sarah Henry and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

Mary G. Pulsifer v. Hamilton McInnes, as Sole Executor, etc., of William E. Pulsifer, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Frank N. Hoffstot and Others v. The Fifth Avenue Hospital of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Rosalyn Cave Nash v. James Harley Nash.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

John G. Haas v. Ellis L. Phillips.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.